United States District Court
~~Southern~~ District of Texas

**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| versus | § Criminal V-21-62 (4) § |
| AMY MAGANA | § § |

## ORDER FOR PRESENTENCE INVESTIGATION AND DISCLOSURE & SENTENCING DATES

**The defendant has been found guilty on count(s)** __1__ **. A presentence report shall be prepared.**

1. The initial presentence report shall be disclosed to counsel by **February 17, 2022.**
   *(no less than 35 days after determination of guilt).*

2. Counsel shall file objections in writing to the facts of the offense and application of the sentencing guidelines *or* a statement that there is no objection by **March 3, 2022.**
   *(14 days after disclosure).*

3. The probation officer shall submit to the judge the final presentence report with an addendum addressing contested issues by **March 17, 2022.**
   *(14 days after objection).*

4. **Sentencing is set for April 4, 2022 at** 2:30 **P.M. in Victoria, Texas.**
   *(no sooner than 35 days from initial disclosure).*

5. In order for counsel to attend interviews with the defendant, counsel must advise the United States Probation Officer immediately. Oral requests must be confirmed by written notice to the U.S. Probation Office within 5 days.

UNITED STATES PROBATION OFFICE
312 SOUTH MAIN STREET, ROOM 302
VICTORIA, TEXAS 77901

If the Defendant receives this order after 5:00 p.m., he/she must report to the U.S. Probation Office no later than 10:00 a.m. on the next workday. If unable to keep this appointment, contact U.S. Probation Office at 361-579-6640.

January 3, 2022
Date

John D. Rainey
Senior United States District Judge